HARRY SHERMAN v. GEORGE JESSEL and Another.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS B. HASBROUCK v. JOSEPH MOREIDA and Others, Impleaded with MASTAN Co., INC., and JACOB HOLMAN and Another.— Motion as to defendant Jacob Holman granted, so far as to restrain said defendant from disposing of moneys which were paid over to him by the city chamberlain prior to the service upon him of the order appealed from, pending the determination by this court of said appeal.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of RUFUS M. POTTS, Petitioner, for a Peremptory Mandamus Order against GEORGE F. ALLISON and Others, the Officers and Directors of the Continental Bond Corporation, and the CONTINENTAL BOND CORPORATION, Respondents.— Motion denied and stay vacated.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CELIA FRIEDMAN v. JULIUS BLAUNER and Another.— Motion to dismiss appeal denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BACHMANN, EMMERICH & Co., INC., v. FRANK ALPREN and Another, Copartners, etc.— Motion to dismiss appeal granted, unless appellant complies with terms stated in order.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE U. TOMPERS v. THE BANK OF AMERICA and Others.— Motion denied, with ten dollars costs, and order restraining the individual defendants from voting as voting trustees, pending the decision of this court, contained in the order to show cause dated July 19, 1926, vacated.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

NATIONAL LIBERTY INSURANCE COMPANY OF AMERICA v. THE BANK OF AMERICA and Others.— Motion denied, with ten dollars costs, and order restraining the individual defendants from voting as voting trustees, pending the decision of this court, contained in the order to show cause dated July 19, 1926, vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of MORTIMER ELLIOTT, Formerly I. MORTIMER EISENBERG, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee.   Settle order on notice.   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM J. McROBERTS and Others v. NATIONAL DRY DOCK & REPAIR Co., INC., Defendant, Impleaded with EDWARD P. MORSE, JR., and Another, Appellants.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAM J. McROBERTS and Others v. NATIONAL DRY DOCK & REPAIR Co., INC., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ARCHIBALD & LEWIS COMPANY v. GEORGES VEMIAN, Defendant, Impleaded with SOCIETE ANONYME LEU & COMPAGNIE, Appellant.— Motion granted.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LILLIAN C. TRUEG v. FRANK GOLDSTEIN.— Motion for stay denied, with ten